IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| In Re: | ) | Case No: | 15-33008-DHW |
|---|---|---|---|
| Janice Relf | ) | Chapter: | 13 |
| SSN: xxx-xx-7300 | ) | | |
| Debtor | ) | | |

## OBJECTION TO CONFIRMATION
## FILED BY U.S. BANK TRUST, N.A. AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST, BY CALIBER HOME LOANS, INC., AS ITS ATTORNEY IN FACT

Comes now U. S. Bank Trust, N.A. as Trustee for LSF9 Master Participation Trust, by Caliber Home Loans, Inc, as its attorney in fact, principals, investors, successors, and/or assigns, if any, (hereinafter "Creditor"), by and through its undersigned counsel of record, Sirote & Permutt, P.C., and hereby objects to the proposed plan filed by the Debtor and seeks an order by this Honorable Court sustaining the Creditor's objection and denying confirmation of the Debtors' proposed plan; and in support thereof, the Creditor avers as follows:

1. This Honorable Court has jurisdiction to hear these matters and enter final orders pursuant to 28 U.S.C § 157 and 1334; and 11 U.S.C. § 1322, 1323, 1324 and 1325. The Objection to Confirmation constitutes a core proceeding and is a contested matter pursuant to Fed. R. Bankr. P. 3015(f) and 9014.

2. The Creditor holds a mortgage lien on the property commonly referred to as 929 Hugh Street, Montgomery, AL 36108, and legally described in the Mortgage and Note.

3. The loan matured May 24, 2015.

4. The contract rate of interest on the loan is 12.890%.

5. The proposed Chapter 13 provides for the mortgage to be paid as a secured claim through the Chapter plan with 0.00% interest.

6. The Creditor is entitled to receive interest on the loan.

7. The Debtor's proposed plan impermissibly, unilaterally and without the consent of the Creditor, modifies the rights of the Creditor and holder of a secured claim, secured only by a security interest in real property that is the Debtors' principal residence.

8. The Debtor's proposed plan fails to comply with 11 U.S.C. § 1325(a)(1). Due to that failure, the Debtor's proposed plan appears to violate 11 U.S.C. § 1325(a)(3) and (a)(5).

9. The Debtor's actions in proposing a plan in violation of Section 1322(b)(2) and 1325(a)(1) have caused unreasonable delay that is prejudicial to the Creditor. Further, such impermissible provisions of the proposed plan renders the Creditor's rights, interest, and security interests as not being adequately protected.

## ATTORNEYS FEES

10. The Creditor has had to incur additional expense in order to protect its rights and interests under its mortgage and mortgage loan, in the form of reasonable attorney's fees and associated costs and requests this Court to award the Creditor reasonable attorney's fees and court costs associated with this matter.

**WHEREFORE, ABOVE PREMISES CONSIDERED,** the Creditor herein prays that this Honorable Court will sustain the Creditor's Objection to Confirmation; enter an order denying confirmation; grant said Creditor reasonable attorney's fees and costs associated with the filing of this Objection; and make a determination under 11 U.S.C § 1307(c)(5) whether additional time should be afforded the Debtor(s) for the filing of another plan or a modification; additional time should be afforded the Debtor(s) for the filing of another plan or a modification; and if additional time is afforded unto the Debtor for filing of another plan or a modification, then enter an order awarding unto the Creditor adequate protection of its rights, interests, and security.

Respectfully submitted,

_____
Janna L Ifshin (IFS-001)
Attorney for Creditor

OF COUNSEL
SIROTE & PERMUTT, P.C.
P.O. Box 55887
Birmingham, Alabama 35255-5887
Telephone: 205-918-5083/ Fax 205-212-2874
jifshin@sirote.com

## CERTIFICATE OF SERVICE

I hereby certify in accordance with Fed. R. Bankr. P. 4001(a), 9014, and 7004 that a copy of the above and foregoing Objection to Confirmation was mailed, first class postage prepaid to the following:

Janice Relf
929 Hugh Street
Montgomery, AL 36108

and served via electronic case management to:

Joshua C Milam
566 S. Perry Street
Montgomery, AL 36104
jmilam@smclegal.com

Curtis C. Reding
P.O. Box 173
Montgomery, AL 36101
trustees_office@ch13mdal.com

On this the 6th day of Jan., 2016.

_____
OF COUNSEL